UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:13-MJ-1029-RJ

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| Jesse Edward Kell | ) | |

On June 5, 2013, Jesse Edward Kell appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Larceny of Personal Property in violation of 18 U.S.C. §661, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on April 3, 2014, the court finds as a fact that Jesse Edward Kell, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to perform community service.
3. Failure to pay a monetary obligation.
4. Failure to notify the probation officer ten days prior to any change in residence.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 45 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report to New Hanover County Detention Center by Friday, April 4, 2014, at 12:00 p.m.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 3rd day of April, 2014.

Robert B. Jones, Jr.
U.S. Magistrate Judge

Case 7:13-mj-01029-RJ   Document 17   Filed 04/07/14   Page 1 of 1